PEOPLES BANK & TRUST CO. *v.* SABOUGLA DRAINAGE DIST.

(Division A. Sept. 25, 1939. Suggestion of Error Overruled Nov. 6, 1939.)

[191 So. 824. No. 33730.]

C. R. Bolton, of Tupelo, for appellant.

**W. J. Evans,** of Calhoun City, and **W. I. Stone,** of Coffeeville, for appellee.

542

Argued orally by **C. R. Bolton,** for appellant, and **W. I. Stone,** and **W. J. Evans,** for appellee.

**Griffith, J.,** delivered the opinion of the court.

The sole question for determination in this case, as stated by both sides in the trial court and as recited in the decree, is whether interest is recoverable on the bonds and interest coupons of the drainage district after maturity and until paid. This question was answered in the affirmative in the recent decision in City of Indianola v. Gates, 181 Miss. 145, 179 So. 284, in respect to municipal bonds, and we see no sound reason for any distinction between municipal bonds and those of other political or taxing districts of the State, such as drainage districts.

If it could be supposed that as to any of the subdivisions of the State, whether of counties, municipalities or districts, no interest after maturity could be recovered on their bonds issued for borrowed money, such bonds would be unsalable at any advantageous price; and we must assume that the legislature never for a moment thought that the statutes would be fairly capable of any such an interpretation as would bring about that self-destructive result.

Reversed and remanded.

**Anderson, J.,** delivered the opinion of the court on suggestion of error.

This is not a case in which the drainage district has exhausted its assessed benefits in payment of bonds and interest coupons. The indebtedness of the district, including interest coupons and interest on same, is well within the limits of the assessed benefits. The total as-

sessed benefits are $185,543. Authority was given to issue bonds in the amount of $70,000. Only $50,000 of bonds were issued.

Suggestion of error overruled.